IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROYCE GAYLE DRENNON )
)
v. ) NO. 3:06-1136
) JUDGE CAMPBELL
A.B.L. MANAGEMENT, INC. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 73), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No.63) is GRANTED, and Plaintiff's action is DISMISSED without prejudice for failure to exhaust administrative remedies.

The pretrial conference set for February 9, 2009, and the jury trial set for February 24, 2009, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE